# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2008

135552

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE BEATRICE SHANEL COLLIER and
MARKIA RAJA MILLER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

CORDELLIA MILLER, a/k/a
CORDELLIA COLLIER,
        Respondent-Appellant.

_____/

SC: 135552
COA: 278257
Oakland CC
Family Division: 06-725921-NA

On order of the Court, the application for leave to appeal the December 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2008

s0115

Clerk